UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-8432-MWF(JCx)**                                Dated: **March 7, 2016**

Title:    Ani Djouryan -v- Big Lots Stores, Inc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                        None Present
    Relief Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                       None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

    In light of the Notice of Settlement filed March 4, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 9, 2016, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                            Initials of Deputy Clerk    cw
CIVIL - GEN

-1-