JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANI DJOURYAN,<br><br>            Plaintiff,<br><br>vs.<br><br>BIG LOTS STORES, INC. et. al.<br><br>            Defendants. | Case No.: 2:15-cv-08432-MWF-JC<br>Assigned to Hon. Michael W. Fitzgerald<br><br>**ORDER RE: DISMISSAL**<br><br>**[Federal Rules of Civil Procedure, Rule 41(a)(1)(ii)]** |

　　　IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 41(a), that the above captioned action be and hereby is dismissed, in its entirety, *with prejudice*, each party to bear its own respective costs and attorneys' fees.

Dated: April 1, 2016          By: _____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-

Order re: Dismiss